UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 0 3 2010

Clerk, U.S. Dist... ...
Bankruptcy C...

IN THE MATTER OF THE APPLICATION )
FOR AN ORDER DIRECTING THE )
DISCLOSURE OF TELECOMMUNICATIONS )
RECORDS FOR THE CELLULAR PHONE )
ASSIGNED THE NUMBER (410) 970-3339 )

Misc. No. 10 mc 10

UNDER SEAL

## APPLICATION

Matthew P. Cohen, Assistant United States Attorney for the District of Columbia, hereby applies to the Court for an Order, pursuant to Title 18, United States Code, Section 2703(c)(1)(B), directing Sprint Nextel to provide the following transactional records pertaining to cellular phone number **(410) 970-3339**:

1. Cell site activation including side and/or sector information for incoming, outgoing, and "direct connect" calls;

2. Numbers dialed;

3. Incoming numbers if identified;

4. Call durations;

5. A listing of all control channels and their corresponding cell-sites;

6. Subscriber information, International Mobile Subscriber Identity (IMSI) or electronic serial number information (ESN), and billing information for the specified cellular/wireless telephone;

7. An engineering map, showing all cell-site tower locations, sectors, and orientations; and

8. Subscriber information, IMSI or ESN information, and billing information for any other cellular/wireless telephones on this account or that may be identified from these records as well as an

indication of whether text messaging was an active feature on this account during the period listed below;

and that the above-listed information be provided for **January 13, 2010, from 12:01 a.m. through 11:59 p.m.**

## BACKGROUND

The applicant certifies that he is an "Attorney for the government" under Rule 1 of the Federal Rules of Criminal Procedure.

The applicant further certifies that the United States Attorney's Office for the District of Columbia, the Washington Field Office of the Federal Bureau of Investigation (FBI), the United States Park Police, and the Metropolitan Police Department (MPD) are conducting a criminal investigation into drug dealing and violence in an area of Southeast Washington, D.C. in the Seventh Police District known as Barry Farms, which is generally defined by Sumner Road to the north, Wade Road to the east, Barry Road to the south, and Firth Sterling Avenue to the west. Since at least 2006, MARK PRAY, also known as "WARDY" and "WOADIE", has been known to law enforcement as a significant narcotics trafficker in the Barry Farms neighborhood. The FBI initiated this investigation in July 2009. Through that investigation, the FBI has confirmed that PRAY and several co-conspirators are participating in a large-scale narcotics distribution operation in Barry Farms that also operates in other parts of the Washington metropolitan area. The investigation to date has included several controlled purchases of PCP and crack cocaine from PRAY.

On November 30, 2009, the Honorable Ricardo M. Urbina, U.S. District Court for the District of Columbia, authorized the interception of wire communications to and from (202) 367-6339, which is being used by PRAY. On January 11, 2010, Judge Urbina authorized the interception

of wire communications to and from (240) 755-4888, a second telephone that the FBI identified as being used by PRAY. Interception of communications on both of PRAY's cellular telephones is presently ongoing.

Within the last three weeks, the FBI has intercepted telephone calls between PRAY and other target subjects in the wiretap investigation regarding a murder that occurred in Barry Farms on January 13, 2010. This murder is presently being investigated jointly by MPD and the FBI as a possible violent crime in aid of racketeering activity perpetrated by one or more of the target subjects in the underlying narcotics investigation. As described below, there are reasonable grounds to believe that the information sought by this application -- which includes cell site information that will show the location of the telephone with number **(410) 970-3339** on January 13, 2010 -- is relevant and material to a criminal investigation of suspected violations of Violent Crime in Aid of Racketeering Activity, in violation of 18 U.S.C. § 1959, and Murder in the First Degree, in violation of 22 D.C. Code § 22-2101.

## INTERCEPTED CALLS ABOUT THE HOMICIDE

On January 13, 2010, at approximately 12:55 p.m., officers of MPD's Seventh Police District were dispatched to the front of 1201 Eaton Road, Southeast, Washington, D.C. for the sound of gunshots and a man down. Upon arrival, officers found Jheryl Hodge, 20, suffering from multiple gunshot wounds in the 1100 block of Eaton Road. Hodge was transported to the Washington Hospital Center, where he succumbed to his injuries and was pronounced dead. The Office of the Chief Medical Examiner subsequently performed an autopsy and ruled the death a homicide. At this time, no arrests have been made. Based on the intercepted conversations set forth below, which are identified by date, time, and "activation" number, law enforcement is pursuing the investigative

theory that an individual named ALONZO MARLOW and PRAY discussed the commission of the offense less than an hour before the murder; and that MARLOW and perhaps other target subjects in the underlying wiretap investigation are responsible for the murder, which was committed at least in part to retaliate for an earlier act of violence targeting one of the target subjects and to maintain these target subjects' position in their unlawful enterprise. Investigators also believe that a subsequent February 1, 2010, murder in Barry Farms, in which Lamare Larkins was shot and killed, may have been in retaliation for the Hodge murder.

At 12:05 p.m. on January 13, 2010, in activation 105 on (240) 755-4888, PRAY received an incoming call from ALONZO MARLOW on **(410) 970-3339**. In this call, MARLOW told PRAY, "They out there." MARLOW explained that he just "breezed through," and that someone was out there, "by himself," and "loafing." MARLOW said he tried to call "Squeak," but could not get in touch with him. PRAY cautioned MARLOW that it was "King's shift," and "that's real loud, I'm telling you." PRAY said that MARLOW had to make sure "that shit be proper." After some more conversation, MARLOW again said he had just breezed through and seen a person to whom MARLOW gave a "double look." MARLOW remarked that this person "don't know ... that's how I like it." PRAY told MARLOW, "Put your thoughts together, I'm telling you there will be a lot of days like that." MARLOW said he was "mad" because "I don't see a King in sight," and "this would be a smooth motherfucker."

Jehryl Hodge was shot to death in Barry Farms less than an hour after this call. With the benefit of hindsight, agents believe the person that MARLOW was describing to PRAY in Activation 105 was Hodge. Specifically, agents believe that MARLOW was telling PRAY that he (MARLOW) just drove through Barry Farms and saw Hodge standing there "by himself" and

"loafing." Agents understand PRAY's comment about it being "King's shift" to have been a warning that MARLOW should not take action while a patrol officer named Matthew King was on duty in Barry Farms. Agents further understand that, in this call, PRAY advised MARLOW to spend more time planning the murder ("Put your thoughts together ... there will be a lot of days like that.").

Agents also understand that MARLOW's reference to "Squeak" in activation 105 was a reference to Lamare Larkins. Larkins, who was listed as a target interceptee the first wiretap affidavits, was shot to death in Barry Farms at approximately 12:26 a.m. on February 1, 2010. In activation 105, while Larkins was still alive, MARLOW informed PRAY that he tried to call "Squeak" / Larkins upon seeing Hodge. Even before Larkins was killed, the connection to Larkins on January 13, 2010, was significant: less than six months earlier, on July 23, 2009, Larkins was shot in Barry Farms in another incident, in which an individual named Maurice Smith was killed. Although no arrest has been made in connection with that earlier shooting, it is the applicant's understanding that Jheryl Hodge's brother is a possible suspect in the July 23 incident. In light of the January 13 and February 1, 2010, homicides, investigators now believe that a pattern of murder and retaliation, between the target subjects and certain adversaries, may be underway.

With respect to the Hodge murder, the following day, January 14, 2010, at 1:52 p.m., in activation 275 on (240) 755-4888, PRAY received a call from HERMAN WILLIAMS, also known as JR. WILLIAMS told PRAY that he heard "EU told Monte some wild shit about that situation yesterday," and now an individual known as "Love" was saying "Zo's name." WILLIAMS added that he heard "EU" was not coming around Barry Farms anymore. WILLIAMS told PRAY that he was calling so that PRAY could "let him know." Agents believe that the "situation" referred to in this call is the murder of Jehryl Hodge. Agents further believe that WILLIAMS was reporting that

5

(1) an individual known as "EU" was believed to be a witness to the murder, and (2) an individual known as "Love" was mentioning "Zo's name," that is, MARLOW, as a suspect in the murder. WILLIAMS suggested that PRAY inform MARLOW of these developments. From independent investigation, agents know that a witness to the homicide, who could not identify the shooter, reported to MPD that "it" observed Jheryl Hodge in the company of an individual known to the witness as "Eric" moments before the shooting, and that "it" observed a black male shoot Hodge but leave "Eric" unharmed. At this time, it is believed but not known for certain that "EU" and "Eric" are the same person.

Three minutes after activation 275, at 1:55 p.m. on January 14, 2010, in activation 277 on (240) 755-4888, PRAY called MARLOW on **(410) 970-3339.** In this call, PRAY and MARLOW at first had brief, general conversation. After a short period of silence, PRAY said, "Man, real live, man. ... Shit hurt." PRAY continued to say that he warned MARLOW about "that Nascar shit ... 200 laps around the motherfucking joint." MARLOW asked either, "Something fucked up?" or "I fucked up?" This met with silence from PRAY, who then said he would meet MARLOW in person. Agents believe that in this call, PRAY was expressing frustration that MARLOW killed Hodge after PRAY warned MARLOW to proceed with caution. PRAY's comment, "real live," came right after PRAY heard from HERMAN WILLIAMS that "Love" was mentioning MARLOW's name as a possible perpetrator. Agents further believe that PRAY's comments about that "Nascar shit ... 200 laps around" were references to the fact that MARLOW told PRAY, in activation 105, that he had driven through Barry Farms before the murder.

On January 16, 2010, at 2:53 p.m., in activation 4102 on (202) 367-6339, PRAY received a call from HERMAN WILLIAMS. In this brief call, WILLIAMS said, "What I was tellin' you about

the other day, that's exactly what it was." Agents believe this call was in reference to the Hodge murder, and that WILLIAMS was confirming to PRAY that an individual known as "Love" was mentioning MARLOW as the shooter.

On January 26, 2010, at 7:33 p.m., in activation 1810 on (240) 755-4888, PRAY received an incoming call from Lamare Larkins (now deceased) on (301) 978-1538. During this call, Larkins said he heard "Little Love" was "up in that homo joint yesterday. ... in the back seat like it ain't nothing." Larkins continued to say that, earlier in the day, he pulled up and saw "Love," who "got to breaking." Larkins said he tried to "back up and let his little ass know don't start that shit," but "Love" had fled the area. Larkins commented, "that shit crazy." Agents believe that, in this call, Larkins was reporting to PRAY that an individual known as "Love" was seen in the back seat of a homicide detective's vehicle ("that homo joint"). Larkins further described how he (Larkins) saw "Love" in Barry Farms earlier in the day. Larkins evidently tried to back up to caution "Love" not to cooperate with law enforcement, but "Love" fled from Larkins. It is believed that Larkins was referring to the same "Love" who, in activation 275, HERMAN WILLIAMS identified as mentioning "Zo's name" in connection with the Hodge murder.[1] Even though Larkins himself is now deceased, having been shot to death in Barry Farms on February 1, 2010, agents believe activation 1810 is evidence of efforts by PRAY, Larkins, and others to obstruct justice in connection with the investigation into Hodge's death.

### REQUEST

The applicant believes that the information provided pursuant to this application and order may be relevant to the ongoing investigation. Specifically, the information provided pursuant to this

---

1   Law enforcement is attempting to fully identify "Love," locate him, and make contact with him. As of February 1, 2010, however, those efforts have been unsuccessful.

application and order may assist agents in identifying the location of the user of the subject telephone before, during, and after the murder of Jheryl Hodge. Such location information, which will be based on the cell site records for January 13, 2010, for the subject telephone, may indicate that the user of the telephone was in the vicinity of the scene of the murder, at the relevant time; or such records may tend to show that the user of the target telephone was elsewhere. The toll records also may assist in identifying other possible witnesses, accomplices, and/or co-conspirators, because from those records investigators can determine with whom the user of the subject telephone spoke before and after the murder, and for how long. Applicant therefore requests that the Court issue an Order, pursuant to Title 18, United States Code, Section 2703(d) directing Sprint Nextel to provide the above-listed telecommunications records to the undersigned Assistant United States Attorney.

Applicant further requests that this application and the Court's Order be sealed by the Court until such time as the Court directs otherwise; and that the Court's Order direct Sprint Nextel and its agents and employees not to disclose the existence of this order or of this investigation to the subscriber, or to any other person unless otherwise directed by the Court.

WHEREFORE, it is respectfully requested that the Court grant an order (1) directing Sprint Nextel to furnish the requested telecommunications records, (2) sealing this application and the Court's Order, and (3) directing the Clerk of the Court to provide three certified copies of this application and the Court's Order to the undersigned.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of February 2010

MATTHEW P. COHEN, D.C. Bar No. 469-629
Assistant United States Attorney
202-514-7427