UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 03 2010

Clerk, U.S. District and
Bankruptcy Courts

IN THE MATTER OF THE APPLICATION )  Misc. No. 10 mc
FOR AN ORDER DIRECTING THE )
DISCLOSURE OF TELECOMMUNICATIONS )  **UNDER SEAL**
RECORDS FOR THE CELLULAR PHONE )
ASSIGNED THE NUMBER (410) 970-3339 )

## ORDER

This matter comes before the Court pursuant to an application under Title 18, United States Code, Section 2703(c)(1)(B) by Matthew P. Cohen, Assistant United States Attorney for the District of Columbia, requesting the production of certain telecommunications records on telephone number **(410) 970-3339**. The Court hereby finds that the applicant has certified that there are reasonable grounds to believe that the information sought is relevant and material to a criminal investigation of suspected violations of 18 U.S.C. § 1959 and 22 D.C. Code § 22-2101. Accordingly,

IT IS ORDERED pursuant to Title 18, United States Code, Section 2703 (d), that Sprint Nextel will, forthwith, provide to Assistant United States Attorney (AUSA) Matthew P. Cohen, or to an agent of the Federal Bureau of Investigation designated by AUSA Cohen, the following transactional records pertaining to cellular phone number **(410) 970-3339**:

1. Cell site activation, including side and/or sector information for incoming, outgoing, and "direct connect" calls;

2. Numbers dialed (for regular and "direct connect" calls);

3. Incoming numbers if identified (for regular and "direct connect" calls);

4. Call durations;

5. A listing of all control channels and their corresponding cell-sites and sides if available;

6. Subscriber information, International Mobile Subscriber Identity (IMSI) or electronic serial number information (ESN), and billing information for the specified cellular/wireless telephone as well as an indication of whether text messaging was an active feature on this account during the period listed below;

7. An engineering map, showing all cell-site tower locations, sectors, and orientations; and

8. Subscriber information, IMSI or ESN information, and billing information for any other cellular/wireless telephones on this account or that may be identified from these records,

and that the above-listed information be provided for **January 13, 2010, from 12:01 a.m. through 11:59 p.m.**

IT IS FURTHER ORDERED that this Order and the Application be sealed until otherwise ordered by the Court, and that copies of such order may be furnished to Sprint Nextel and any other necessary service provider, and further that Sprint Nextel and any other necessary service provider and their agents and employees shall not disclose the existence of this Order or the existence of this investigation to the listed subscriber or to any other person unless or until otherwise ordered by the Court.

IT IS FURTHER ORDERED that three (3) certified copies of this Order and the Application shall be provided to the United States Attorney's Office, ATTN: AUSA Matthew P. Cohen.

ORDERED THIS __3rd__ day of __February__ 2010.

_____
Magistrate Judge
United States District Court
for the District of Columbia

copy to:
AUSA Matthew P. Cohen